IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOYCE JOHNSON, Administrator**
of the Estate of and on behalf of
Jodie Coats,

    **Plaintiff,**

                                  Case No. 2:18-cv-596
                                  Chief Judge Edmund A. Sargus, Jr.
    **v.**                               Chief Magistrate Judge Elizabeth P. Deavers

**RONETTE BURKES,** *et al.***,**

    **Defendants.**

## ORDER

    For good cause shown, Plaintiff's Unopposed Motion to Extend Primary Expert Report Deadlines (ECF No. 50) is **GRANTED**.  The Preliminary Pretrial Order (ECF No. 39) is **MODIFIED** as follows:

EXPERT TESTIMONY

Primary expert reports must be produced by **JUNE 14, 2019**.  Rebuttal expert reports must be produced by **JULY 15, 2019**.  If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

    All other deadlines in the Preliminary Pretrial Order (ECF No. 39) and Order (ECF No. 45) remain the same.

    **IT IS SO ORDERED.**

Date: March 14, 2019                            /s/ *Elizabeth A. Preston Deavers*
                                                     ELIZABETH A. PRESTON DEAVERS
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE